# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-571
Lower Tribunal No. 17-1186
_____

**Madelyn Valdes Roman,**
Appellant,

vs.

**In Re: Estate of Maria M. Ignarra,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Madelyn Valdes Roman, in proper person.

Paul M. Cowan & Associates, P.A., and Paul M. Cowan, Anthony M. Diblasi and Manuel A. Celaya, for appellee.

Before EMAS, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Swartz v. Russell</u>, 481 So. 2d 64, 66 (Fla. 3d DCA 1985) ("[T]he circuit court, in its probate capacity, [has] jurisdiction to determine the right of possession of real property in matters relating to the settlement of the estates of decedents. Consequently, the probate court has jurisdiction to handle the dispute over the right to possession of the estate's real property.").